## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| Stan Roberson, CEO Jilapuhn Inc. d/b/a Her Majesty's Credit Union and Members, <br><br> Plaintiffs, <br><br> vs. <br><br> Michael Nelson, Counsel and the Federal Reserve Bank of New York, <br><br> Defendants. | CIVIL NO. 2008/156 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward L. Barry and John H. Warren of the law firm of Hamm & Barry hereby enter their appearance as counsel of record for Plaintiff Stan Roberson, CEO Jilapuhn Inc. d/b/a Her Majesty's Credit Union and Members in the above-captioned action. Undersigned counsel request that copies of all papers filed with the Court by any party be served on said attorney.

RESPECTFULLY SUBMITTED this 21st day of January, 2009.

/s/ Edward L. Barry
Edward L. Barry
John H. Warren
HAMM & BARRY
Attorney for Plaintiffs
5030 Anchor Way
Christiansted, VI 00820
Tel. (340) 773-6955
Fax (340) 773-3092
email: elb@hammbarrylaw.com

## Certificate of Service

I hereby certify that on the 21st day of January, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following persons:

Chad C. Messier, Esq., and Justin K. Holcombe, Esq., Attorneys for Defendants, Dudley Topper & Feuerzeig, 1000 Frederiksberg Gade, St. Thomas, VI 00804.

*/s/ Edward L. Barry*