IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

Roberson, et al )
v. )     CIVIL NO. 2008-156
)
Federal Reserve )

## ORDER

THIS MATTER came on for pretrial conference on ___January 26___, 2009. The

premises considered, it is hereby ORDERED:

①  Plaintiff will move to remand by February 17, 2009 if the motion may still be made, the 30 days having run on January 16, 2009.

②  Defendant will file its motion to dismiss by March 2, 2009.

③  Counsel will conduct the R26 planning meeting and exchange self-executing discovery by February 17, 2009. The meeting will tentatively be scheduled during the week of February 9, 2009.

④  Status conference March 5, 2005 at 2:00. Argument will be scheduled.

DATED: ___January 26___, 2009

_____
GEOFFREY W. BARNARD
United States Magistrate Judge

ATTEST:
WILFREDO F. MORALES
Clerk of Court

By: _____
Deputy Clerk

pc:   Edward Barry
      John Warren
      Justin Holcombe
      Gregory Hodges

Claudette Donovan          Lydia Trotman
Sharline Rogers, Esq.      Eurita Wright
Olga Schneider