# IN THE VIRGIN ISLANDS DISTRICT COURT

## Division of St. Thomas & St. John

| | | |
|---|---|---|
| Stan Roberson, CEO Jilapuhn Inc. d/b/a Her Majesty's Credit Union and Members, | ) ) ) | CIVIL NO. 2008/156 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Michael Nelson, Counsel and the Federal Reserve Bank of New York, | ) ) ) | |
| Defendants. | ) ) | |

### Stipulation for Dismissal with Prejudice of Michael Nelson

The parties stipulate that Defendant Michael Nelson, only, shall be dismissed from this case with prejudice, the affected parties to bear their own costs and attorney's fees. This Stipulation is intended to be self-executing pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 10th day of February, 2009.

| | |
|---|---|
| */s/ Edward L. Barry* | */s/ Chad C. Messier* |
| Edward L. Barry | Chad C. Messier |
| John H. Warren | Justin K. Holcombe |
| HAMM & BARRY | DUDLEY TOPPER & FEUERZEIG |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 5030 Anchor Way | 1000 Frederiksberg Gade |
| Christiansted, VI 00820 | St. Thomas, VI 00804 |