IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | | |
|---|---|---|
| Stan Roberson, CEO Jilapuhn Inc. d/b/a Her Majesty's Credit Union and Members, | ) ) ) | CIVIL NO. 2008/156 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Federal Reserve Bank of New York, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

Notice is hereby given that Plaintiff has this date served upon Defendant his initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

RESPECTFULLY SUBMITTED this 19th day of February, 2009.

>
> */s/ Edward L. Barry*
> Edward L. Barry
> John H. Warren
> HAMM & BARRY
> Attorney for Plaintiffs
> 5030 Anchor Way
> Christiansted, VI 00820
> Tel. (340) 773-6955
> Fax (340) 773-3092
> email: elb@hammbarrylaw.com

*Roberson v. Federal Reserve Bank of New York*
Distr. Crt., St. Thomas & St. John, Civ. No. 08-156
Notice of Service of Plaintiff's Initial Rule 26 Disclosures
Page No. 2 of 2

## Certificate of Service

I hereby certify that on the 19th day of February, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following persons:

Chad C. Messier, Esq., and Justin K. Holcombe, Esq., Attorneys for Defendants, Dudley Topper & Feuerzeig, 1000 Frederiksberg Gade , St. Thomas, VI 00804; cmessier@dtflaw.com.

Courtesy copy to:

Kristin A. Mattiske, Esq., Federal Reserve Bank of New York, 33 Liberty Street, New York, New York 10045; Kristin.Mattiske@ny.frb.org.

*/s/ Edward L. Barry*