IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Stan Roberson, CEO Jilapuhn Inc. d/b/a Her Majesty's Credit Union and Members, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) The Federal Reserve Bank of New York, ) ) Defendant. ) ) | CIVIL NO. 08-156 (CVG) (GWB) |

## NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES

Defendant Federal Reserve Bank of New York, through its undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1)(A) and LRCi 26.1, hereby provides notice that it has served its initial disclosures upon the plaintiffs by placing the same in the U.S. Mail, postage prepaid, on February 19, 2009, addressed to plaintiffs' counsel of record.

Attached to said disclosures are documents designated as FRBNY/ROBE0001-0119.

Respectfully submitted,

DUDLEY, TOPPER AND FEUERZEIG, LLP

DATED: February 19, 2009   By:    s/ Justin K. Holcombe
Chad C. Messier (V.I. Bar No. 497)
Justin K. Holcombe (V.I. Bar No. 957)
1000 Frederiksberg Gade; P.O. Box 756
St. Thomas, VI 00804-0756
Tel:  340-774-4422
Fax:  340-715-4400
Email:  jholcombe@dtflaw.com
*Attorneys for Federal Reserve Bank of New York*

Roberson, et. al. v. Michael Nelson, et a.l
Civil No. 08-156
Page 2 of 2

## CERTIFICATE OF SERVICE

It is hereby certified that on this 19th day of February, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Edward L. Barry
>John H. Warren
>HAMM & BARRY
>Attorney for Plaintiffs
>5030 Anchor Way
>Christiansted, VI 00820
>elb@hammbarrylaw.com

        s/ Justin K. Holcombe