## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| Stan Roberson, CEO Jilapuhn Inc. d/b/a ) <br> Her Majesty's Credit Union and Members, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Federal Reserve Bank of New York, ) <br> ) <br> Defendant. ) <br> ) | CIVIL NO. 2008/156 |

### Stipulation for Voluntary Dismissal Without Prejudice

The parties, through their respective counsel undersigned, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate that this matter be dismissed without prejudice, the parties to bear their own court costs.

This Stipulation is self-executing under Fed. R. Civ. P. 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 20th day of February, 2009.


*/s/ Edward L. Barry*               *Chad C. Messier*
Edward L. Barry                     Chad C. Messier, Esq.
Hamm & Barry                        Dudley, Topper & Feuerzeig
Attorneys for Plaintiff             Attorneys for Defendant
5030 Anchor Way                     1000 Frederiksberg Gade
Christiansted, VI  00820            St. Thomas, VI 00804
Tel. (340) 773-6955                 Tel. (340) 774-4422
elb@Hammbarrylaw.com                cmessier@dtflaw.com